Alex C. Park [SBN 197781]
LAW OFFICES OF ALEX C. PARK
4675 Stevens Creek Blvd., Suite 100
Santa Clara, CA 95051
Phone (408) 246-1515
Fax (408) 246-4105

Attorney for Defendant Walter Watts

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:10-cr-00193-AWI-1 |
| ) | |
| Plaintiff, ) | |
| v. ) | STIPULATION AND ORDER TO |
| ) | RESCHEDULE STATUS CONFERENCE |
| WALTER WATTS, III (a.k.a. Walter ) | |
| Watts, Jr.), ) | |
| ) | |
| Defendant. ) | |

      Defendant, Walter Watts, III, through his counsel of record, Alex C. Park, Esq., and approved by Plaintiff United States of America, through counsel of record, Assistant United States Attorney Kevin P. Rooney, hereby submit this stipulation and proposed order to reschedule the Status Conference hearing.

      WHEREAS, the original Status Conference scheduled for July 12, 2010 was rescheduled by Minute Order dated June 9, 2010, to be held at 9:00 a.m. on July 19, 2010;

      WHEREAS, for good cause, counsel for Defendant Walter Watts, III requests additional time to prepare proper legal defense for Mr. Watts;

STIPULATION AND ORDER RESCHEDULING STATUS CONFERENCE

WHEREAS, Plaintiff United States of America, through counsel of record, Assistant United States Attorney, Kevin P. Rooney, hereby agree to this stipulation and proposed order;

WHEREAS, Defendant Walter Watts, III, hereby waives excludes the computation of additional time from June 8, 2010 until the proposed Status Conference, July 26, 2010 within which this trial must be commenced, pursuant to 18 U.S.C. §3161(h)(B)(iv).; and

NOW THEREFORE, the undersigned parties, by and through their counsel of record respectfully stipulate as follows:

1. The pending Status Conference will be rescheduled to 9:00 a.m. on July 26, 2010;

2. The additional time allowed for the later Status Conference is hereby waived and excluded pursuant to 18 U.S.C. §3161(h)(B)(iv).

Respectfully submitted,

           LAW OFFICES OF ALEX C. PARK

DATED: June 16, 2010      By:   /s/ Alex Park
                                               ALEX C. PARK
                                               Attorney for Defendant

                                               JOSEPH P. RUSSONIELLO
                                             United States Attorney

DATED: June 16, 2010      By:   /s/ Kevin P. Rooney
                                               KEVIN P. ROONEY
                                             Assistant U.S. Attorney
                                             Attorneys for Plaintiff

STIPULATION AND ORDER RESCHEDULING STATUS CONFERENCE

**ORDER**

For good cause shown above,

IT IS SO ORDERED.

Dated:   July 13, 2010

CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER RESCHEDULING STATUS CONFERENCE

3