1

Alex C. Park [SBN 197781]
LAW OFFICES OF ALEX C. PARK

2

4675 Stevens Creek Blvd., Suite 100
Santa Clara, CA 95051

3

Phone (408) 246-1515
Fax (408) 246-4105

4

5

Attorney for Defendant Walter Watts

6

7

UNITED STATES DISTRICT COURT

8

EASTERN DISTRICT OF CALIFORNIA

9

FRESNO DIVISION

10

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:10-cr-00193-AWI-I |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER TO |
| v. | ) | RESECHEDULE STATUS CONFERENCE |
| | ) | |
| WALTER WATTS, III (a.k.a. Walter | ) | |
| Watts, Jr.) | ) | |
| | ) | |
| Defendant. | ) | |

11

12

13

14

15

16

17

18          Defendant, Walter Watts, III, through his counsel of record, Alex C. Park, Esq., and

19     approved by Plaintiff, United States of America, through counsel of record, Assistant United

20     State Attorney Kevin P. Rooney, hereby submit this stipulation and proposed order to

21     reschedule the current Status Conference hearing.

22          WHEREAS, the current Status Conference scheduled for December 20, 2010 was

23

24     rescheduled pursuant to Stipulation for additional time to prepare proper legal defense for

25     Mr. Watts;

26          WHEREAS, the Defendant Walter Watts, III, requests additional time for his counsel

27

28     to review new discovery obtained and discuss further related plea agreement options with

WATTS – STIPULATION AND ORDER

1

1    counsel;

2         WHEREAS, Plaintiff, United States of America, through counsel of record, Assistant

3    United States Attorney, Kevin P. Rooney, hereby agree to this stipulation and proposed order;

4
5         WHEREAS, Defendant Walter Watts, III, hereby waives and excludes the

6    computation of additional time from December 20, 2010 until the proposed Status

7    Conference, January 24, 2011, within which this trial must be commenced pursuant to 18

8    U.S.C. §3161(h)(B)(iv); and

9
10        NOW THEREFORE, the undersigned parties, by and through their counsel of record

11   respectfully stipulate as follows:

12        1.  The current Status Conference will be rescheduled to 11:00 a.m. on January 24,

13   2011;

14
15        2.  The additional time allowed for the later Status Conference is hereby waived and

16   excluded from time calculation pursuant to 18 U.S.C. §3161(h)(B)(iv).

17   Respectfully submitted,

18
                                 LAW OFFICE OF ALEX C. PARK
19

20   Dated: December 9, 2010              /s/
                                 ALEX C. PARK
21                               Attorney for Defendant

22

23                               JOSEPH P. RUSSONIELLO
                                 United States Attorney
24

25   Dated: December 9, 2010              /s/
                                 KEVIN P. ROONEY
26                               Assistant U.S. Attorney
                                 Attorneys for Plaintiff
27

28

WATTS – STIPULATION AND ORDER

**ORDER**

1

2

3          For good cause shown above,

4

5

6

7    IT IS SO ORDERED.

8    Dated:    December 10, 2010                                    _____

                                            CHIEF UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

WATTS – STIPULATION AND ORDER

3