Alex C. Park [SBN 197781]
LAW OFFICES OF ALEX C. PARK
4675 Stevens Creek Blvd., Suite 100
Santa Clara, CA 95051
Phone (408) 246-1515
Fax (408) 246-4105

Attorney for Defendant Walter Watts

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:10-cr-00193-AWI-1 |
| Plaintiff, | |
| v. | TRAVEL ORDERS |
| WALTER WATTS, III (a.k.a. Walter Watts, Jr.), | |
| Defendant. | |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that defendant, Walter Watts, III shall be allowed to travel from Oakland, California to Denver, Colorado on February 22, 2011, returning to Oakland, California on February 25, 2011 for the purpose of participating in a professional basketball event at the invitation of an NBA team for Mr. Watts' son and family.

///

///

///

TRAVEL ORDER

1

It is further ordered that Walter Watts, III, shall communicate with Pretrial Services before leaving and upon returning to San Jose, California as directed by Pretrial Services.

All other conditions of pretrial release shall remain the same.

IT IS SO ORDERED.

Dated:   February 18, 2011

CHIEF UNITED STATES DISTRICT JUDGE

TRAVEL ORDER

2