1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:10CR00193-001 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER EXONERATING SURETY |
| WALTER WATTS, III, | ) | |
| | ) | |
| Defendant. | ) | |

    The Defendant, WALTER WATTS, III, through his counsel of record, Alex C. Park, Esq., having appeared before this court on July 5, 2011 and requested that the surety for defendant be exonerated.

    On June 11, 2010 a surety lien was secured as bond for Defendant, Walter Watts, III, against the real property located at 1107 N. Coventry Avenue, Clovis, California 93611; with the recording of the Short Form Deed of Trust, Document No. 2010-0074965.

    On June 11, 2010 a surety lien was secured as bond for Defendant, Walter Watts, III, against the real property located at 17194 Karen Road, Madera, California 93638; with the recording of the Short Form Deed of Trust, Document No. 2010016025.

    On June 14, 2010 a surety lien was secured as bond for Defendant, Walter Watts, III, against the real property located at 25243 Ridgeway, Madera, California 93638; with the recording of the Short Form Deed of Trust, Document No. 2010016024.

    On July 5, 2011 Defendant, Walter Watts, III, plead guilty to one count, 26 U.S.C.§7201, attempt to evade and defeat the payment of tax, and was sentenced to prison for eighteen (18) months and a fine of

ORDER
Case No. 1:10CR00193-001

$100.00 and restitution in the amount of $98, 486.00.

On September 8, 2011 Defendant, Walter Watts, III, surrendered to the United States Marshal for this district and began serving his prison term.

ORDERED, that as to Defendant, Walter Watts, III, the surety on the aforesaid undertaking for bail, be and he hereby is exonerated.

IT IS SO ORDERED.

Dated:   October 11, 2011   

_____
CHIEF UNITED STATES DISTRICT JUDGE