IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:10CR00193-001 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER EXONERATING ADDITIONAL |
| WALTER WATTS, III, | ) | SURETY |
| | ) | |
| Defendant. | ) | |

    The Defendant, WALTER WATTS, III, through his counsel of record, Alex C. Park, Esq., having appeared before this court on July 5, 2011 and requested that the surety for defendant be exonerated.

    On June 14, 2010 a surety lien was secured as bond for Defendant, Walter Watts, III, against real property with the recording of the Short Form Deed of Trust, Document No. 2010016244.

    On June 14, 2010 a surety lien was secured as bond for Defendant, Walter Watts, III, against real property with the recording of the Short Form Deed of Trust, Document No. 2010016245.

    On July 5, 2011 Defendant, Walter Watts, III, plead guilty to one count, 26 U.S.C.§7201, attempt to evade and defeat the payment of tax, and was sentenced to prison for eighteen (18) months and a fine of $100.00 and restitution in the amount of $98,486.00.

    On September 8, 2011 Defendant, Walter Watts, III, surrendered to the United States Marshal for this district and began serving his prison term.

ORDER
Case No. 1:10CR00193-001

1

ORDERED, that as to Defendant, Walter Watts, III, the surety on the aforesaid undertaking for bail, be and he hereby is exonerated.

IT IS SO ORDERED.

Dated:   October 27, 2011                   _____

                                          CHIEF UNITED STATES DISTRICT JUDGE

ORDER
Case No. 1:10CR00193-001

2